LEOPOLD G. BEATSE, Respondent, *v.* THOMAS R. SHARP as Receiver, etc., Appellant.

(Argued October 25, 1883 ; decided November 20, 1883.)

*Edward E. Sprague* for appellant.

*M. M. Budlong* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE FIRST NATIONAL BANK OF HELENA, MONTANA TERRITORY, Respondent, *v.* JAMES K. O. SHERWOOD, Appellant.

(Argued October 23, 1883 ; decided November 27, 1883.)

JUDGMENT in this case, entered upon the report of a referee, was reversed by the General Term upon questions of fact, that court holding the referee's findings to be " against the weight of evidence." Its views were concurred in by this court.

*Alfred C. Chapin* for appellant.

*Henry S. Van Duzer* for respondent.

FINCH, J., reads for affirmance of order of General Term and for judgment absolute against defendant on stipulation.
All concur.
Order affirmed and judgment accordingly.